## OLIVER W. MILLER *versus* THE CORPORATION OF THE CATHOLIC, APOSTOLIC AND ROMAN CHURCH OF ST. ANNE

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Motion to quash habeas corpus *p. 199; (2) continued *p. 260; (3) judgment confessed, execution stayed *p. 279.

PAPERS IN FILE: (1) Precipe for certiorari; (2) precipe for habeas corpus; (3) writ of habeas corpus and return; (4) declaration; (5) plea of non assumpsit; (6) bill of particulars; (7) stipulation for judgment.

*1821 Calendar*, MS p. 30. Recorded in *Book B*, MS pp. 78–82.